**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SETH A. MENSAH,

                       Plaintiff,

    -against-                                         23 **CIVIL** 2465 (JLC)

**JUDGMENT**

BOEING CORPORATION,

                       Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 6, 2023, Boeing's motion to dismiss the complaint, with prejudice, is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      September 7, 2023

                                                                **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                           **BY:**

                                                                  **Deputy Clerk**